| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Broderick, Vernon S. | 2. Court or Organization District Court, Southern District of New York | 3. Date of Report 04/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court, Southern District of New York | 5a. Report Type (check appropriate type) ☑ Nomination   Date 04/15/2013 ☐ Initial   ☐ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 03/21/2013 |

**7. Chambers or Office Address**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Weil, Gotshal & Manges LLP |
| 2. Member Board of Directors | LatinoJustice PRLDEF |
| 3. Member Board of Directors | Justice Resource Center |
| 4. Commissioner | Commission To Combat Police Corruption |
| 5. Member Board of Directors | Fund For Modern Courts |
| 6. Members Board of Directors | City Bar Fund |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/13 | Weil, Gotshal & Manges LLP Partnership Agreement -- capital distributions upon leaving partnership |
| 2. 1/1/13 | Weil, Gotshal & Manges LLP Partnership Agreement -- pension plan provisions |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | WGM Partnership distributions (taxable income) | $928,070.00 |
| 2. 2012 | WGM Partnership distributions (approximate taxable income) | $928,070.00 |
| 3. 2013 | WGM Partnership distributions (approximate taxable income) | $246,856.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 04/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Citibank Cash Accounts | | None | N | T | Exempt | | | | |
| 2. | American Funds New Perspective Fund | B | Dividend | K | T | | | | | |
| 3. | American Funds Investment Company of America | A | Dividend | K | T | | | | | |
| 4. | Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 5. | First Pacific Capital Fund | B | Dividend | K | T | | | | | |
| 6. | PIMCO Total Return Fund | C | Dividend | K | T | | | | | |
| 7. | RS Money Market Fund | A | Dividend | J | T | | | | | |
| 8. | SEI Instutional Managed Trust Core Fixed Income Fund | D | Dividend | N | T | | | | | |
| 9. | SEI International Managed Trust High Yield Bond Fund | C | Dividend | L | T | | | | | |
| 10. | SEI International Fixed Income Fund | C | Dividend | L | T | | | | | |
| 11. | SEI International Trust Emerging Markets Debt Fund | D | Dividend | L | T | | | | | |
| 12. | SEI Tax Exempt Trust Tax Free Portfolio | A | Dividend | L | T | | | | | |
| 13. | T. Rowe Personal Strategy Income Fund | B | Dividend | L | T | | | | | |
| 14. | T. Rowe Personal Strategy Balanced Fund | A | Dividend | K | T | | | | | |
| 15. | Vanguard Institutional Index Fund | A | Dividend | K | T | | | | | |
| 16. | Vanguard Money Market Fund | A | Dividend | L | T | | | | | |
| 17. | Wasatch Small Cap Growth Fund | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guardian Whole Life | C | Dividend | M | T | | | | | |
| 19. Northwestern Mutual Whole Life | B | Dividend | L | T | | | | | |
| 20. Northwestern Mutual Variable Life - Select Bond | A | Dividend | J | T | | | | | |
| 21. Northwestern Mutual Variable Life - International Equity | A | Dividend | J | T | | | | | |
| 22. Northwestern Mutual Variable Life - Index 500 Stock | A | Dividend | K | T | | | | | |
| 23. Northwestern Mutual Variable Life - Mid Cap Growth Stock | A | Dividend | J | T | | | | | |
| 24. SMA Universal (fixed rate) Life Insurance | A | Dividend | K | T | | | | | |
| 25. NY 529 - Aggressive Growth Portfolio | A | Dividend | J | T | | | | | |
| 26. NY 529 - Bond Market Index Portfolio | A | Dividend | J | T | | | | | |
| 27. NY 529 - Conservative Growth Portfolio | A | Dividend | J | T | | | | | |
| 28. NY 529 - Growth Portfolio | A | Dividend | J | T | | | | | |
| 29. NY 529 - Growth Stock Index Portfolio | A | Dividend | J | T | | | | | |
| 30. NY 529 - Income Portfolio | A | Dividend | J | T | | | | | |
| 31. NY 529 - Inflation-Protected Securities Portfolio | A | Dividend | J | T | | | | | |
| 32. NY 529 - Interest Accumulation Portfolio | A | Dividend | J | T | | | | | |
| 33. NY 529 - Moderate Growth Portfolio | A | Dividend | J | T | | | | | |
| 34. NY 529 - Value Stock Index Porfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Vernon S. Broderick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 245 | 996 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 065 | 548 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 93 | 860 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | 1 | 103 | 387 |
| Real estate owned – see schedule | 1 | 712 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 20 | 000 | | | | |
| Cash value-life insurance | | 386 | 338 | | | | |
| Other assets itemize: | | | | | | | |
| Weil, Gotshal & Manges capital accounts | | 486 | 561 | | | | |
| Weil, Gotshal & Manges pension plans | | 285 | 937 | | | | |
| Thrift Savings Plan | | 235 | 428 | Total liabilities | 1 | 103 | 387 |
| | | | | Net Worth | 3 | 428 | 781 |
| Total Assets | 4 | 532 | 168 | Total liabilities and net worth | 4 | 532 | 168 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | 100 | 000 | | | | |
| Other special debt | | | | | | | |